MICHAEL ALACHNOWICZ, PLAINTIFF-PETITIONER, v.
ESSLINGER'S, INC., DEFENDANT-RESPONDENT.

*Messrs. Brown, Connery, Kulp & Wille* and *Mr. Joseph
H. Rodriguez* for the petitioner.

*Mr. John Henry Reiners, Jr.,* and *Mr. Frank E. Vittori*
for the respondent.

October 2, 1961.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. A.
LEONARD BLUESTEIN, DEFENDANT-PETITIONER.

*Messrs. Harrison & Jacobs* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the
respondent.

October 10, 1961.   Denied.